# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ADAMS, N. DEAN | § | Case No. 09-26504 |
| ADAMS, HELENE | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___ . The undersigned trustee was appointed on ___ .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]      $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/GINA B. KROL_____
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

Case 09-26504  Doc 69  Filed 12/20/12  Entered 12/10/12 14:47:21  Desc Main
Case 09-26504  INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT  Page: 1
Document  ASSET CASES  Page 3 of 11

| Case No: | 09-26504 SQU Judge: JOHN H. SQUIRES | | Trustee Name: | GINA B. KROL | Exhibit A |
| --- | --- | --- | --- | --- | --- |
| Case Name: | ADAMS, N. DEAN | | Date Filed (f) or Converted (c): | 07/22/09 (f) | |
| | ADAMS, HELENE | | 341(a) Meeting Date: | 08/26/09 | |
| For Period Ending: | 11/19/12 | | Claims Bar Date: | 01/27/11 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence | 250,000.00 | 0.00 | | 0.00 | FA |
| 2. BANK ACCONTS | 2,000.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. BOOKS | 250.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 350.00 | 0.00 | | 0.00 | FA |
| 6. Jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. HOBBY EQUIPMENT | 300.00 | 0.00 | | 0.00 | FA |
| 8. Leased vehicle | 0.00 | 0.00 | | 0.00 | FA |
| 9. leased vehicles | 0.00 | 0.00 | | 0.00 | FA |
| 10. Note Due from Sale of Business | Unknown | 0.00 | | 38,871.78 | 61,128.22 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.24 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $255,900.00 | $0.00 | | $38,875.02 | $61,128.22 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee has sold payment stream back to Debtor's former business partner for 100,000.00 payable over 5 years. Sale will generate enough to pay creditors in full.

Initial Projected Date of Final Report (TFR): 12/31/10     Current Projected Date of Final Report (TFR): 03/31/13

/s/   GINA B. KROL
_____  Date: _____
GINA B. KROL

**UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*

LFORM1                                                                                   Ver: 17.00b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 09-26504 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | ADAMS, N. DEAN | | Bank Name: | ASSOCIATED BANK |
| | ADAMS, HELENE | | Account Number / CD #: | *******0246 Checking Account |
| Taxpayer ID No: | *******8823 | | | |
| For Period Ending: | 11/19/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 36,765.64 | | 36,765.64 |
| 10/09/12 | 10 | Adams Financial Software | | 1121-000 | 1,698.34 | | 38,463.98 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.66 | 38,441.32 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.21 | 38,417.11 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 38,463.98 | 46.87 | 38,417.11 |
| Less: Bank Transfers/CD's | 36,765.64 | 0.00 | |
| Subtotal | 1,698.34 | 46.87 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 1,698.34 | 46.87 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

Page Subtotals 38,463.98 46.87

Ver: 17.00b

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-26504 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | ADAMS, N. DEAN | | Bank Name: | BANK OF AMERICA, N.A. |
| | ADAMS, HELENE | | Account Number / CD #: | *******3976 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8823 | | | |
| For Period Ending: | 11/19/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/26/11 | 10 | N. Dean & Helene Adams | Settlement | 1121-000 | 10,000.00 | | 10,000.00 |
| 04/26/11 | 10 | Adams Financial Software, Inc. 4320 Winfield Rd., Ste. 200 Warrenville, IL 60555 | Settlement | 1121-000 | 1,698.34 | | 11,698.34 |
| 05/12/11 | 10 | Adams Financial Software, Inc. 4320 Winfield Rd., Suite 200 Chicago, IL 60555 | Settlement | 1121-000 | 1,698.34 | | 13,396.68 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,396.79 |
| 06/13/11 | 10 | Adams Financial Softward 4320 Winfield Rd., Ste. 200 Warrenville, IL 60555 | | 1121-000 | 1,698.34 | | 15,095.13 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 15,095.25 |
| 07/18/11 | 10 | Adams Financial Software, Inc. 4320 Winfield Rd., Suite 200 Warrenville, IL 60555 | | 1121-000 | 1,698.34 | | 16,793.59 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 16,793.71 |
| 08/15/11 | 10 | Derek Roy | | 1121-000 | 1,698.34 | | 18,492.05 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 18,492.21 |
| 09/29/11 | 10 | Adams Financial Software | Note Due | 1121-000 | 1,698.34 | | 20,190.55 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 20,190.70 |
| 10/25/11 | 10 | Adams Financial Software Inc. | | 1121-000 | 1,698.34 | | 21,889.04 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 21,889.21 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 25.79 | 21,863.42 |
| 11/21/11 | 10 | Adams Financial Software | Proceeds of sale | 1121-000 | 1,698.34 | | 23,561.76 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.18 | | 23,561.94 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 27.37 | 23,534.57 |
| 12/19/11 | 10 | Admas Financial Software, Inc. | | 1121-000 | 1,698.34 | | 25,232.91 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.20 | | 25,233.11 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 29.64 | 25,203.47 |
| 01/30/12 | 10 | Adamis Financial | | 1129-000 | 1,698.34 | | 26,901.81 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.22 | | 26,902.03 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 33.05 | 26,868.98 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Page Subtotals: 26,984.83    115.85

Ver: 17.00b

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-26504 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | ADAMS, N. DEAN | | Bank Name: | BANK OF AMERICA, N.A. |
| | ADAMS, HELENE | | Account Number / CD #: | *******3976 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8823 | | | |
| For Period Ending: | 11/19/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/06/12 | 000301 | International Sureties<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 24.24 | 26,844.74 |
| 02/20/12 | 10 | Adams Financial Softward | | 1121-000 | 1,698.34 | | 28,543.08 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.22 | | 28,543.30 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 32.34 | 28,510.96 |
| 03/19/12 | 10 | Adams Financial Software | | 1121-000 | 1,698.34 | | 30,209.30 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.24 | | 30,209.54 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 35.68 | 30,173.86 |
| 04/23/12 | 10 | Adams Financial | | 1121-000 | 1,698.34 | | 31,872.20 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.26 | | 31,872.46 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 38.68 | 31,833.78 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.27 | | 31,834.05 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 40.44 | 31,793.61 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.25 | | 31,793.86 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 37.79 | 31,756.07 |
| 07/02/12 | 10 | Adams Financial Software | | 1121-000 | 1,698.34 | | 33,454.41 |
| 07/23/12 | 10 | Adams Financial Software Inc. | | 1121-000 | 1,698.34 | | 35,152.75 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 35,153.04 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 43.87 | 35,109.17 |
| 08/20/12 | 10 | Adams Financial Software | | 1121-000 | 1,698.34 | | 36,807.51 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.28 | | 36,807.79 |
| 08/30/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>9TH FLOOR<br>DALLAS, TX 75283 | BANK FEES | 2600-000 | | 42.15 | 36,765.64 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 36,765.64 | 0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Page Subtotals     10,191.85     37,060.83

Ver: 17.00b

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 09-26504 -SQU |
| Case Name: | ADAMS, N. DEAN |
| | ADAMS, HELENE |
| Taxpayer ID No: | *******8823 |
| For Period Ending: | 11/19/12 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3976 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | |
|---|---|---|
| COLUMN TOTALS | 37,176.68 | 37,176.68 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 36,765.64 | |
| Subtotal | 37,176.68 | 411.04 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 37,176.68 | 411.04 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********0246 | 1,698.34 | 46.87 | 38,417.11 |
| Money Market Account (Interest Earn - ********3976 | 37,176.68 | 411.04 | 0.00 |
| | 38,875.02 | 457.91 | 38,417.11 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ GINA B. KROL
_____ Date: 11/19/12
GINA B. KROL

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-26504
Case Name: ADAMS, N. DEAN
ADAMS, HELENE
Trustee Name: GINA B. KROL

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ | $ | $ |
| Attorney for Trustee Fees: Cohen & Krol | $ | $ | $ |
| Other: International Sureties | $ | $ | $ |
| Other: Cohen & Krol | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $

Remaining Balance    $

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ | $ | $ |
| 000002 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ | $ | $ |
| 000003 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ | $ | $ |
| 000004 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ | $ | $ |
| 000005 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | $ | $ | $ |
| 000007 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | $ | $ | $ |

Total to be paid to timely general unsecured creditors   $_____

Remaining Balance   $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

A surplus of $1,468.06 will be paid to the Debtors.

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of      % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $      . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

A surplus of $1,468.06 will be paid to the Debtors.