# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: § | |
| § | |
| ADAMS, N. DEAN § | Case No. 09-26504 |
| ADAMS, HELENE § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    KENNETH S. GARDNER
    219 S. Dearborn Street
    Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 15 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 01/11/2013 in Courtroom 4016,
    DuPage County Courthouse
    505 N. County Farm Rd.
    Wheaton, IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/10/2012      By: KENNETH S. GARDNER
                  Clerk of US Bankruptcy Court


*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
ADAMS, N. DEAN § Case No. 09-26504
ADAMS, HELENE §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 38,875.02 |
| and approved disbursements of | $ | 457.91 |
| leaving a balance on hand of[1] | $ | 38,417.11 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 4,637.50 | $ 0.00 | $ 4,637.50 |
| Attorney for Trustee Fees: Cohen & Krol | $ 12,044.50 | $ 0.00 | $ 12,044.50 |
| Other: International Sureties | $ 24.24 | $ 24.24 | $ 0.00 |
| Other: Cohen & Krol | $ 867.65 | $ 0.00 | $ 867.65 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 17,549.65 |
| Remaining Balance | $ 20,867.46 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,399.40  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Express Centurion Bank | $ 7,473.65 | $ 0.00 | $ 7,473.65 |
| 000002 | American Express Centurion Bank | $ 1,359.83 | $ 0.00 | $ 1,359.83 |
| 000003 | American Express Bank, FSB | $ 6,438.38 | $ 0.00 | $ 6,438.38 |
| 000004 | American Express Bank, FSB | $ 2,244.80 | $ 0.00 | $ 2,244.80 |
| 000005 | GE Money Bank | $ 251.20 | $ 0.00 | $ 251.20 |
| 000006 | GE Money Bank | $ 1,408.60 | $ 0.00 | $ 1,408.60 |
| 000007 | GE Money Bank | $ 222.94 | $ 0.00 | $ 222.94 |
| | Total to be paid to timely general unsecured creditors | | | $ 19,399.40 |
| | Remaining Balance | | | $ 1,468.06 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.5 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 321.19 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (5/1/2011) (Page 4) A surplus of $1,468.06 will be paid to the Debtors.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 09-26504-DRC
N. Dean Adams                                                             Chapter 7
Helene Adams
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: driddick            Page 1 of 2            Date Rcvd: Dec 11, 2012
                               Form ID: pdf006           Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2012.
 db          #+N. Dean Adams,    2340 Cheshine Drive,    Aurora, IL 60502-6936
 jdb         #+Helene Adams,    2340 Cheshine Drive,    Aurora, IL 60502-6936
 14192454     America's Servicing Company,    P.O. Box 10388,    Des Moines, IA 50306-0388
 14192455     American Express,    P.O. Box 0001,    Los Angeles, CA 90096-0001
 16626892     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
 16626890     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
 14192456    +Capital One,    P.O. Box 5294,    Carol Stream, IL 60197-5294
 14192457     Citi Cards,    P.O. Box 6000,    The Lakes, NV 89163-6000
 14192459    +Freedman Anselmo, Lindberg & Rappe, LLC.,    1807 W. Diehl P.O. 3107,    Naperville, IL 60566-7107
 16688635     GE Money Bank,    c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,
               Miami FL 33131-1605
 14192460     Macy's,    P.O. Box 8058,    Mason, OH 45040-8058

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 14192458    +E-mail/Text: collector@dupageco.org Dec 12 2012 05:05:08     DuPage County Collector,
               P. O. Box 787,    Wheaton, Illinois 60187-0787
 14192461    +E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2012 03:03:25     Sam's Club,    PO Box 981400,
               El Paso, TX 79998-1400
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 16626893*    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
 16626891*    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
                                                                                            TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 13, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: driddick              Page 2 of 2                   Date Rcvd: Dec 11, 2012
                              Form ID: pdf006             Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 10, 2012 at the address(es) listed below:

              Charles G Wentworth    on behalf of Debtor N. Dean Adams charles@wentworthlawoffices.com
              Charles G Wentworth    on behalf of Joint Debtor Helene  Adams charles@wentworthlawoffices.com
              Charles G Wentworth    on behalf of Defendant Helene  Adams charles@wentworthlawoffices.com
              Charles G Wentworth    on behalf of Defendant N. Dean Adams charles@wentworthlawoffices.com
              David W Cybak    on behalf of Creditor    American Honda Finance Corporation cybakassoc@yahoo.com
              Gina B Krol     gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.co
               m
              Gina B Krol, ESQ    on behalf of Plaintiff Gina B Krol, Trustee gkrol@cohenandkrol.com,
               jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
              Gloria C  Tsotsos    on behalf of Creditor    America's Servicing Company nd-three@il.cslegal.com
              Joseph E Cohen    on behalf of Plaintiff Gina B Krol, Trustee jcohen@cohenandkrol.com,
               jcohenattorney@aol.com;gkrol@cohenandkrol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Yan  Teytelman    on behalf of Plaintiff Gina B Krol, Trustee yan@ytlawfirm.com,
               law_4321@yahoo.com
              Yan  Teytelman    on behalf of Trustee Gina B Krol yan@ytlawfirm.com,  law_4321@yahoo.com
                                                                                             TOTAL: 12