**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ADAMS, N. DEAN | § | Case No. 09-26504 |
| ADAMS, HELENE | § | |
| | § | |
| Debtor(s) | § | |

# CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 255,900.00<br>*(Without deducting any secured claims)* | Assets Exempt: 35,900.00 |
| Total Distributions to Claimants: 19,720.59 | Claims Discharged<br>Without Payment: 32,465.00 |
| Total Expenses of Administration: 18,007.56 | |

3) Total gross receipts of $ 38,875.02 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,146.87 (see **Exhibit 2**), yielded net receipts of $ 37,728.15 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 355,734.61 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 18,007.56 | 18,007.56 | 18,007.56 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 45,585.00 | 19,399.40 | 19,399.40 | 19,720.59 |
| **TOTAL DISBURSEMENTS** | $ 401,319.61 | $ 37,406.96 | $ 37,406.96 | $ 37,728.15 |

4) This case was originally filed under chapter 7 on 07/22/2009 . The case was pending for 54 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/17/2013 By:/s/GINA B. KROL

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Note Due from Sale of Business | 1121-000 | 37,173.44 |
| Note Due from Sale of Business | 1129-000 | 1,698.34 |
| Post-Petition Interest Deposits | 1270-000 | 3.24 |
| **TOTAL GROSS RECEIPTS** | | $ 38,875.02 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| N. Dean & Helene Adams | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-000 | 1,146.87 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 1,146.87 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | America's Servicing Company P.O. Box 10388 Des Moines, IA 50306-0388 | | 281,754.34 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | America's Servicing Company P.O. Box 10388 Des Moines, IA 50306-0388 | | 67,180.27 | NA | NA | 0.00 |
| | DuPage County Collector P. O. Box 787 Wheaton, Illinois 60189-0787 | | 6,800.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 355,734.61 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 4,637.50 | 4,637.50 | 4,637.50 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 24.24 | 24.24 | 24.24 |
| ASSOCIATED BANK | 2600-000 | NA | 22.66 | 22.66 | 22.66 |
| ASSOCIATED BANK | 2600-000 | NA | 24.21 | 24.21 | 24.21 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 25.79 | 25.79 | 25.79 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 27.37 | 27.37 | 27.37 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 29.64 | 29.64 | 29.64 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 33.05 | 33.05 | 33.05 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 32.34 | 32.34 | 32.34 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | 2600-000 | NA | 35.68 | 35.68 | 35.68 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 38.68 | 38.68 | 38.68 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 40.44 | 40.44 | 40.44 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 37.79 | 37.79 | 37.79 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 43.87 | 43.87 | 43.87 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 42.15 | 42.15 | 42.15 |
| COHEN & KROL | 3110-000 | NA | 8,029.84 | 8,029.84 | 8,029.84 |
| GINA B. KROL | 3110-000 | NA | 4,014.66 | 4,014.66 | 4,014.66 |
| COHEN & KROL | 3120-000 | NA | 867.65 | 867.65 | 867.65 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 18,007.56 | $ 18,007.56 | $ 18,007.56 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One P.O. Box 5294 Carol Stream, IL 60197 | | 940.00 | NA | NA | 0.00 |
| | Capital One P.O. Box 5294 Carol Stream, IL 60197 | | 4,875.00 | NA | NA | 0.00 |
| | Citi Cards P.O. Box 6000 The Lakes, NV 89163-6000 | | 15,500.00 | NA | NA | 0.00 |
| | Citi Cards P.O. Box 6000 The Lakes, NV 89163-6000 | | 5,800.00 | NA | NA | 0.00 |
| | Freedman Anselmo, Lindberg & Rappe, LLC. 1807 W. Diehl P.O. 3107 Naperville, IL 60566 | | 0.00 | NA | NA | 0.00 |
| | Macy's P.O. Box 8058 Mason, OH 45040-8058 | | 1,550.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sam's Club PO Box 981400 El Paso, TX 79998 | | 3,800.00 | NA | NA | 0.00 |
| 000003 | AMERICAN EXPRESS BANK, FSB | 7100-900 | NA | 6,438.38 | 6,438.38 | 6,438.38 |
| 000004 | AMERICAN EXPRESS BANK, FSB | 7100-900 | 2,500.00 | 2,244.80 | 2,244.80 | 2,244.80 |
| 000001 | AMERICAN EXPRESS CENTURION BANK | 7100-900 | 7,700.00 | 7,473.65 | 7,473.65 | 7,473.65 |
| 000002 | AMERICAN EXPRESS CENTURION BANK | 7100-900 | 1,400.00 | 1,359.83 | 1,359.83 | 1,359.83 |
| 000005 | GE MONEY BANK | 7100-900 | NA | 251.20 | 251.20 | 251.20 |
| 000006 | GE MONEY BANK | 7100-900 | 1,520.00 | 1,408.60 | 1,408.60 | 1,408.60 |
| 000007 | GE MONEY BANK | 7100-900 | NA | 222.94 | 222.94 | 222.94 |
| | AMERICAN EXPRESS BANK, FSB | 7990-000 | NA | NA | NA | 106.60 |
| | AMERICAN EXPRESS BANK, FSB | 7990-000 | NA | NA | NA | 37.17 |
| | AMERICAN EXPRESS CENTURION BANK | 7990-000 | NA | NA | NA | 123.74 |
| | AMERICAN EXPRESS CENTURION BANK | 7990-000 | NA | NA | NA | 22.51 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GE MONEY BANK | 7990-000 | NA | NA | NA | 4.16 |
| | GE MONEY BANK | 7990-000 | NA | NA | NA | 23.32 |
| | GE MONEY BANK | 7990-000 | NA | NA | NA | 3.69 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 45,585.00 | $ 19,399.40 | $ 19,399.40 | $ 19,720.59 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Case No: 09-26504 DRC Judge: Donald R. Cassling
Case Name: ADAMS, N. DEAN
ADAMS, HELENE
For Period Ending: 12/17/13

Trustee Name: GINA B. KROL
Date Filed (f) or Converted (c): 07/22/09 (f)
341(a) Meeting Date: 08/26/09
Claims Bar Date: 01/27/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence | 250,000.00 | 0.00 | OA | 0.00 | FA |
| 2. BANK ACCONTS | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 3. Household Goods | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 4. BOOKS | 250.00 | 0.00 | OA | 0.00 | FA |
| 5. WEARING APPAREL | 350.00 | 0.00 | OA | 0.00 | FA |
| 6. Jewelry | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 7. HOBBY EQUIPMENT | 300.00 | 0.00 | OA | 0.00 | FA |
| 8. Leased vehicle | 0.00 | 0.00 | OA | 0.00 | FA |
| 9. leased vehicles | 0.00 | 0.00 | OA | 0.00 | FA |
| 10. Note Due from Sale of Business | Unknown | 0.00 | | 38,871.78 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.24 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $255,900.00 | $0.00 | | $38,875.02 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee will submit TDR
October 16, 2013, 04:55 pm

Initial Projected Date of Final Report (TFR): 12/31/10 Current Projected Date of Final Report (TFR): 03/31/13

/s/ GINA B. KROL
__________________________________________ Date: 12/17/13
GINA B. KROL

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | |
|---|---|---|---|
| Case No: | 09-26504 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | ADAMS, N. DEAN<br>ADAMS, HELENE | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0246 Checking Account |
| Taxpayer ID No: | *******8823 | | |
| For Period Ending: | 12/17/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 36,765.64 | | 36,765.64 |
| 10/09/12 | 10 | Adams Financial Software | | 1121-000 | 1,698.34 | | 38,463.98 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.66 | 38,441.32 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.21 | 38,417.11 |
| 01/09/13 | 030001 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Chapter 7 Compensation/Fees | 2100-000 | | 4,637.50 | 33,779.61 |
| 01/09/13 | 030002 | Cohen & Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Attorneys' Fees | 3110-000 | | 8,029.84 | 25,749.77 |
| 01/09/13 | 030003 | Cohen & Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Attorneys' Expenses | 3120-000 | | 867.65 | 24,882.12 |
| 01/09/13 | 030004 | Gina B. Krol<br>105 W. Madison St.<br>Chicago, IL 60602 | Attorneys fees per court order | 3110-000 | | 4,014.66 | 20,867.46 |
| 01/09/13 | 030005 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000001, Payment 101.65568%<br>(1-1) CREDIT CARD DEBT | | | 7,597.39 | 13,270.07 |
| | | | Claim 7,473.65 | 7100-900 | | | |
| | | | Interest 123.74 | 7990-000 | | | |
| 01/09/13 | 030006 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000002, Payment 101.65535%<br>(2-1) CREDIT CARD DEBT | | | 1,382.34 | 11,887.73 |
| | | | Claim 1,359.83 | 7100-900 | | | |
| | | | Interest 22.51 | 7990-000 | | | |
| 01/09/13 | 030007 | American Express Bank, FSB | Claim 000003, Payment 101.65570% | | | 6,544.98 | 5,342.75 |
| | | | Page Subtotals | | 38,463.98 | 33,121.23 | |

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 09-26504 -DRC
Case Name: ADAMS, N. DEAN
ADAMS, HELENE
Taxpayer ID No: *******8823
For Period Ending: 12/17/13

Trustee Name: GINA B. KROL
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******0246 Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | (3-1) CREDIT CARD DEBT | | | | |
| | | | Claim 6,438.38 | 7100-900 | | | |
| | | | Interest 106.60 | 7990-000 | | | |
| 01/09/13 | 030008 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000004, Payment 101.65583%<br>(4-1) CREDIT CARD DEBT | | | 2,281.97 | 3,060.78 |
| | | | Claim 2,244.80 | 7100-900 | | | |
| | | | Interest 37.17 | 7990-000 | | | |
| 01/09/13 | 030009 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000005, Payment 101.65605%<br>(5-1) QCARD | | | 255.36 | 2,805.42 |
| | | | Claim 251.20 | 7100-900 | | | |
| | | | Interest 4.16 | 7990-000 | | | |
| 01/09/13 | 030010 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000006, Payment 101.65554%<br>(6-1) SAM'S CLUB | | | 1,431.92 | 1,373.50 |
| | | | Claim 1,408.60 | 7100-900 | | | |
| | | | Interest 23.32 | 7990-000 | | | |
| 01/09/13 | 030011 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000007, Payment 101.65515%<br>(7-1) MEIJER | | | 226.63 | 1,146.87 |
| | | | Claim 222.94 | 7100-900 | | | |
| | | | Interest 3.69 | 7990-000 | | | |
| * 01/10/13 | 030012 | N. Dean & Helene Adams<br>2340 Cheshire Drive<br>Aurora, IL 60502 | Surplus | 8200-003 | | 1,146.87 | 0.00 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.00 | 5,342.75 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 09-26504 -DRC
Case Name: ADAMS, N. DEAN
ADAMS, HELENE
Taxpayer ID No: *******8823
For Period Ending: 12/17/13

Trustee Name: GINA B. KROL
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******0246 Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 02/06/13 | 030012 | N. Dean & Helene Adams<br>2340 Cheshire Drive<br>Aurora, IL 60502 | Surplus<br>Check sent to old address. | 8200-003 | | -1,146.87 | 1,146.87 |
| 02/06/13 | 030013 | N. Dean & Helene Adams<br>3975 Idewild Lane<br>#305<br>Naperville, IL 60564 | Surplus | 8200-000 | | 1,146.87 | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 38,463.98 | 38,463.98 | 0.00 |
| Less: Bank Transfers/CD's | 36,765.64 | 0.00 | |
| Subtotal | 1,698.34 | 38,463.98 | |
| Less: Payments to Debtors | | 1,146.87 | |
| Net | 1,698.34 | 37,317.11 | |

Page Subtotals 0.00 0.00

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 09-26504 -DRC
Case Name: ADAMS, N. DEAN
ADAMS, HELENE
Taxpayer ID No: *******8823
For Period Ending: 12/17/13

Trustee Name: GINA B. KROL
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******3976 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/26/11 | 10 | N. Dean & Helene Adams | Settlement | 1121-000 | 10,000.00 | | 10,000.00 |
| 04/26/11 | 10 | Adams Financial Software, Inc.<br>4320 Winfield Rd., Ste. 200<br>Warrenville, IL 60555 | Settlement | 1121-000 | 1,698.34 | | 11,698.34 |
| 05/12/11 | 10 | Adams Financial Software, Inc.<br>4320 Winfield Rd., Suite 200<br>Chicago, IL 60555 | Settlement | 1121-000 | 1,698.34 | | 13,396.68 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,396.79 |
| 06/13/11 | 10 | Adams Financial Softward<br>4320 Winfield Rd., Ste. 200<br>Warrenville, IL 60555 | | 1121-000 | 1,698.34 | | 15,095.13 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 15,095.25 |
| 07/18/11 | 10 | Adams Financial Software, Inc.<br>4320 Winfield Rd., Suite 200<br>Warrenville, IL 60555 | | 1121-000 | 1,698.34 | | 16,793.59 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 16,793.71 |
| 08/15/11 | 10 | Derek Roy | | 1121-000 | 1,698.34 | | 18,492.05 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 18,492.21 |
| 09/29/11 | 10 | Adams Financial Software | Note Due | 1121-000 | 1,698.34 | | 20,190.55 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 20,190.70 |
| 10/25/11 | 10 | Adams Financial Software Inc. | | 1121-000 | 1,698.34 | | 21,889.04 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 21,889.21 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 25.79 | 21,863.42 |
| 11/21/11 | 10 | Adams Financial Software | Proceeds of sale | 1121-000 | 1,698.34 | | 23,561.76 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.18 | | 23,561.94 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 27.37 | 23,534.57 |
| 12/19/11 | 10 | Admas Financial Software, Inc. | | 1121-000 | 1,698.34 | | 25,232.91 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.20 | | 25,233.11 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 29.64 | 25,203.47 |
| 01/30/12 | 10 | Adamis Financial | | 1129-000 | 1,698.34 | | 26,901.81 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.22 | | 26,902.03 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 33.05 | 26,868.98 |
| | | | Page Subtotals | | 26,984.83 | 115.85 | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 09-26504 -DRC
Case Name: ADAMS, N. DEAN
ADAMS, HELENE
Taxpayer ID No: *******8823
For Period Ending: 12/17/13

Trustee Name: GINA B. KROL
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******3976 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/06/12 | 000301 | International Sureties | BOND | 2300-000 | | 24.24 | 26,844.74 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/20/12 | 10 | Adams Financial Softward | | 1121-000 | 1,698.34 | | 28,543.08 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.22 | | 28,543.30 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 32.34 | 28,510.96 |
| 03/19/12 | 10 | Adams Financial Software | | 1121-000 | 1,698.34 | | 30,209.30 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.24 | | 30,209.54 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 35.68 | 30,173.86 |
| 04/23/12 | 10 | Adams Financial | | 1121-000 | 1,698.34 | | 31,872.20 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.26 | | 31,872.46 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 38.68 | 31,833.78 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.27 | | 31,834.05 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 40.44 | 31,793.61 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.25 | | 31,793.86 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 37.79 | 31,756.07 |
| 07/02/12 | 10 | Adams Financial Software | | 1121-000 | 1,698.34 | | 33,454.41 |
| 07/23/12 | 10 | Adams Financial Software Inc. | | 1121-000 | 1,698.34 | | 35,152.75 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 35,153.04 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 43.87 | 35,109.17 |
| 08/20/12 | 10 | Adams Financial Software | | 1121-000 | 1,698.34 | | 36,807.51 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.28 | | 36,807.79 |
| 08/30/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 42.15 | 36,765.64 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |
| | | DALLAS, TX 75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 36,765.64 | 0.00 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 10,191.85 | 37,060.83 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 09-26504 -DRC
Case Name: ADAMS, N. DEAN
ADAMS, HELENE
Taxpayer ID No: *******8823
For Period Ending: 12/17/13

Trustee Name: GINA B. KROL
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******3976 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 37,176.68 | 37,176.68 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 36,765.64 | |
| | | | Subtotal | | 37,176.68 | 411.04 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 37,176.68 | 411.04 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********0246 | 1,698.34 | 37,317.11 | 0.00 |
| Money Market Account (Interest Earn - ********3976 | 37,176.68 | 411.04 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 38,875.02 | 37,728.15 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/ GINA B. KROL

Trustee's Signature: ________________________________ Date: 12/17/13

GINA B. KROL

| Page Subtotals | 0.00 | 0.00 |
|---|---|---|



3/7/13
8

ASSOCIATED BANK N.A.
200 N ADAMS ST
PO BOX 19097
GREEN BAY WI 54307-9097
1-800-728-3501

**FINANCIAL STATEMENT OF ACCOUNTS**
Primary Account: 2223270246

***Statement Activity Period***
***02/01/2013 - 02/28/2013***

Bank: 001
Mail Code: T

0000013
#BWNHHVQ
N DEAN AND HELENE ADAMS
DEBTORS
GINA B KROL TRUSTEE
CASE 09-26504
105 W MADISON ST STE 1100
CHICAGO IL 60602-4600

As of Jan. 2, 2013, the non-Associated Bank ATM withdrawal fee will change from $2 to $2.50 per withdrawal. This fee does not apply to Associated ATMs and participating surcharge-free network ATMs. To find a listing of Associated ATMs and participating surcharge-free network ATMs, please visit AssociatedATM.com.

| FINANCIAL SUMMARY | ACCOUNT# | BALANCE |
|---|---|---|
| **DEPOSIT ACCOUNTS** | | |
| Bankruptcy Trustee | 2223270246 | $0.00 |

**DEPOSIT ACCOUNTS**

**Bankruptcy Trustee** **#2223270246**

| | |
|---|---|
| Beginning Balance | 1,146.87 |
| Minus: Checks Paid | 1,146.87 |
| **ENDING BALANCE ON 02/28/2013** | **$0.00** |

**Checks Paid**

| DATE | CHECK# | AMOUNT |
|---|---|---|
| 02/11/2013 | 30013 | 1,146.87 |

**TOTAL** **$1,146.87**
**TOTAL # OF ITEMS** **1**

**Balance Summary**

| DATE | BALANCE |
|---|---|
| 02/11/2013 | 0.00 |

**Statement Period Ledger Average Balance** $409.59

THANK YOU FOR CHOOSING ASSOCIATED BANK
Member FDIC and Associated Banc-Corp. Equal Housing Lender. Equal Opportunity Lender.

# * PLEASE USE THIS FORM TO BALANCE YOUR CHECKING ACCOUNT

CHECKS OUTSTANDING - NOT APPEARING ON THIS STATEMENT

| NO. | $ | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

BALANCE AS FROM CHECK BOOK $ ________

SUBTRACT SERVICE CHARGES(S) LISTED ON STATEMENT $ ________

ADD INTEREST LISTED ON STATEMENT +$ ________

NEW CHECK BOOK BALANCE $ ________

MONTH ________ ________

CHECKING ACCOUNT BALANCE SHOWN ON THIS STATEMENT $ ________

ADD +
CHECKING DEPOSITS IF ANY, NOT CREDITED $ ________

________

________

$ ________

SUBTRACT -
CHECKS OUTSTANDING $ ________

BALANCE ________

THE ABOVE RESULT SHOULD AGREE. IF THEY DO NOT PLEASE CONTACT OUR CUSTOMER CARE CENTER

*ADD LOAN ADVANCES TO YOUR CHECK REGISTER.
*SUBTRACT AUTOMATIC PAYMENTS FROM YOUR CHECK REGISTER.

## ASSOCIATED CHECKING RESERVE LINE ACCOUNT INFORMATION

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR CHECKING RESERVE LINE.

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us (on a separate sheet) at the address located on the front of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will NOT preserve your rights.

In your letter, give us the following information:

* Your name and account number.
* The dollar amount of the suspected error.
* Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, however you are still obligated to make the required payments which are due that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

IMPORTANT FINANCE CHARGE INFORMATION

We figure the finance charge on your account by applying the daily periodic rate to the "average daily balance" of your account (including current transactions). To get the "average daily balance" we take the beginning balance of your account each day, add any new advances/loans, and subtract any payments or credits. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance". Late payment fees, membership fee, annual fee and unpaid finance charges are not included in the calculation of the "average daily balance".

PREPAYMENT OF YOUR CHECKING RESERVE LINE

Your Associated Checking Reserve Line may be prepaid at any time without penalty.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone us at the Customer Care Center number or write us at the address shown on the front of this statement as soon as you can if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appears.

* Tell us your name and account number (if any);
* Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
* Tell us the dollar amount of the suspected error;
* Tell us the date, time and location of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error so that you will have use of the money during the time it takes to complete our investigation.

TO VERIFY YOUR DIRECT DEPOSIT: Please call the Customer Care Center number located on the front of this statement.



Associated Bank
associatedbank.com

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

ASSOCIATED BANK

CHECK NUMBER 30001

Chapter 7 Compensation Fees

DATE 01/09/13 AMOUNT $********4,637.50

CASE NUMBER 09-26504 DRC ESTATE OF Debtor ADAMS, N DEAN Joint Debtor ADAMS, HELENE

PAY TO THE ORDER OF

GINA B. KROL
105 W. Madison Street
Suite 1100
Chicago, IL 60602

Four Thousand Six Hundred Thirty Seven Dollars And 50/100

⑈030001⑈ ⑆075900575⑆ 2223270246⑈ ⑈0000463750⑈

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

ASSOCIATED BANK

CHECK NUMBER 30002

Attorneys' Fees

DATE 01/09/13 AMOUNT $********8,029.84

CASE NUMBER 09-26504 DRC ESTATE OF Debtor ADAMS, N DEAN Joint Debtor ADAMS, HELENE

PAY TO THE ORDER OF

Cohen & Krol
105 W. Madison St.
Suite 1100
Chicago, IL 60602

Eight Thousand Twenty Nine Dollars And 84/100

⑈030002⑈ ⑆075900575⑆ 2223270246⑈

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

ASSOCIATED BANK

CHECK NUMBER 30003

Attorneys' Expenses

DATE 01/09/13 AMOUNT $********867.65

CASE NUMBER 09-26504 DRC ESTATE OF Debtor ADAMS, N DEAN Joint Debtor ADAMS, HELENE

PAY TO THE ORDER OF

Cohen & Krol
105 W. Madison St.
Suite 1100
Chicago, IL 60602

Eight Hundred Sixty Seven Dollars And 65/100

⑈030003⑈ ⑆075900575⑆ 2223270246⑈

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

ASSOCIATED BANK

CHECK NUMBER 30004

Attorneys fees per court order

DATE 01/09/13 AMOUNT $********4,014.66

CASE NUMBER 09-26504 DRC ESTATE OF Debtor ADAMS, N DEAN Joint Debtor ADAMS, HELENE

PAY TO THE ORDER OF

Gina B. Krol
105 W. Madison St.
Chicago, IL 60602

Four Thousand Fourteen Dollars And 66/100

⑈030004⑈ ⑆075900575⑆ 2223270246⑈ ⑈0000401466⑈



Associated Bank associatedbank.com

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**ASSOCIATED BANK**

CHECK NUMBER 30005

Claim 000001, Payment 101.61568%
(5-1) CREDIT CARD DEBT

| DATE | AMOUNT |
|---|---|
| 01/09/13 | $*******7,597.39 |

PAY TO THE ORDER OF

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 09-26504 | DRC | Debtor ADAMS, N DEAN<br>Joint Debtor ADAMS, HELENE |

*Seven Thousand Five Hundred Ninety Seven Dollars And 39/100*

American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

⑈030005⑈ ⑆075900575⑆ 2223270246⑈

2829100016756 175914 20130123 000000002223270246
TRN_DEBIT VBAIBOKI 759739
Pach 0600 94004 2829 6 0039

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**ASSOCIATED BANK**

CHECK NUMBER 30006

Claim 000002, Payment 101.61559%
(3-1) CREDIT CARD DEBT

| DATE | AMOUNT |
|---|---|
| 01/09/13 | $*******1,382.34 |

PAY TO THE ORDER OF

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 09-26504 | DRC | Debtor ADAMS, N DEAN<br>Joint Debtor ADAMS, HELENE |

*One Thousand Three Hundred Eighty Two Dollars And 34/100*

American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

⑈030006⑈ ⑆075900575⑆ 2223270246⑈

2829100016757 175916 20130123 000000002223270246
TRN_DEBIT VBAIBOKI 138234
Pach 0600 94004 2829 6 0039

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**ASSOCIATED BANK**

CHECK NUMBER 30007

Claim 000003, Payment 101.61570%
(3-1) CREDIT CARD DEBT

| DATE | AMOUNT |
|---|---|
| 01/09/13 | $*******6,544.98 |

PAY TO THE ORDER OF

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 09-26504 | DRC | Debtor ADAMS, N DEAN<br>Joint Debtor ADAMS, HELENE |

*Six Thousand Five Hundred Forty Four Dollars And 98/100*

American Express Bank, FSB
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

⑈030007⑈ ⑆075900575⑆ 2223270246⑈

2829100016755 175913 20130123 000000002223270246
TRN_DEBIT VBAIBOKI 654498
Pach 0600 94004 2829 6 0039

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**ASSOCIATED BANK**

CHECK NUMBER 30008

Claim 000004, Payment 101.61589%
(4-1) CREDIT CARD DEBT

| DATE | AMOUNT |
|---|---|
| 01/09/13 | $*******2,281.97 |

PAY TO THE ORDER OF

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 09-26504 | DRC | Debtor ADAMS, N DEAN<br>Joint Debtor ADAMS, HELENE |

*Two Thousand Two Hundred Eighty One Dollars And 97/100*

American Express Bank, FSB
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

⑈030008⑈ ⑆075900575⑆ 2223270246⑈

2829100016753 175912 20130123 000000002223270246
TRN_DEBIT VBAIBOKI 228197
Pach 0600 94004 2829 6 0039

002054 · 2080 · 0

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**ASSOCIATED BANK**

CHECK NUMBER 30009

Claim 000005, Payment 101.636039%
(5-1) QCARD

| DATE | AMOUNT |
|---|---|
| 01/09/13 | $*********255.36 |

| CASE NUMBER | ESTATE OF |
|---|---|
| 09-26504 DRC | Debtor ADAMS, N DEAN<br>Joint Debtor ADAMS, HELENE |

PAY TO THE ORDER OF

GE Money Bank
c/o Recovery Management Systems Corporation
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

*Two Hundred Fifty Five Dollars And 36/100*

⑈030009⑈ ⑆075900575⑆ 2223270246⑈

FOR DEPOSIT ONLY ACCT:0509810415

ENDORSE HERE

>267090594<
BankUnited #014
2013-01-23
014266667

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**ASSOCIATED BANK**

CHECK NUMBER 30010

Claim 000006, Payment 101.651549%
(6-1) SAM'S CLUB

| DATE | AMOUNT |
|---|---|
| 01/09/13 | $********1,431.92 |

| CASE NUMBER | ESTATE OF |
|---|---|
| 09-26504 DRC | Debtor ADAMS, N DEAN<br>Joint Debtor ADAMS, HELENE |

PAY TO THE ORDER OF

GE Money Bank
c/o Recovery Management Systems Corporation
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

*One Thousand Four Hundred Thirty One Dollars And 92/100*

⑈030010⑈ ⑆075900575⑆ 2223270246⑈

FOR DEPOSIT ONLY ACCT:0509810415

ENDORSE HERE

>267090594<
BankUnited #014
2013-01-23
014266666

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**ASSOCIATED BANK**

CHECK NUMBER 30011

Claim 000007, Payment 101.65119%
(7-1) MEIJER

| DATE | AMOUNT |
|---|---|
| 01/09/13 | $*********226.63 |

| CASE NUMBER | ESTATE OF |
|---|---|
| 09-26504 DRC | Debtor ADAMS, N DEAN<br>Joint Debtor ADAMS, HELENE |

PAY TO THE ORDER OF

GE Money Bank
c/o Recovery Management Systems Corporation
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

*Two Hundred Twenty Six Dollars And 63/100*

⑈030011⑈ ⑆075900575⑆ 2223270246⑈

FOR DEPOSIT ONLY ACCT:0509810415

ENDORSE HERE

>267090594<
BankUnited #014
2013-01-23
014266668

Associated Bank AssociatedBank.com

3/7/13

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

Surplus

ASSOCIATED BANK

CHECK NUMBER 30013

| DATE | AMOUNT |
| --- | --- |
| 02/06/13 | $********1,146.87 |

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
| --- | --- |
| 09-26504 DRC | Debtor: ADAMS, N. DEAN<br>Joint Debtor: ADAMS, HELENE |

One Thousand One Hundred Forty Six Dollars And 87/100

N. Dean & Helene Adams
3975 Idewild Lane
#305
Naperville, IL 60564

THIS CHECK VOID AFTER 90 DAYS

⑈030013⑈ ⑆075900575⑆ 2223270246⑈

Member FDIC and Associated Banc-Corp. Equal Housing Lender. Equal Opportunity Lender.

*111019093*
02/15/2012
9592653580

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*34684997*
*1*
*735*
*00003-00871*

4427020800015712
E650001718I 02/13/2012

BANK OF AMERICA, N.A.

CHECK NUMBER 301

BOND
BOND

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

DATE 02/06/12

AMOUNT **********24.24

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 09-26504 | SQU | Debtor: ADAMS, N. DEAN<br>Joint Debtor: ADAMS, HELENE |

2517717

PAY TO THE ORDER OF

International Sureties
Suite 420
701 Poydras St.
New Orleans, LA 70139

*Twenty Four Dollars And 24/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈000301⑈ ⑆111000012⑆ 4437693976⑈

⑈000301⑈ 4⑆111000012⑆ ⑈4437693976⑈ ⑈0000002424⑈

ENDORSE CHECK HERE

X

PAY TO THE ORDER OF
WHITNEY NATIONAL BANK
INTERNATIONAL SURETIES, LTD.
GLOBAL SURETY, LLC
1F ACCT# 711797544

>065000171< 02/13/2012
442702080001571

>085360157100
Whitney Bank
>065000171< 504-729-1265
>085360157100 02-13-2012

02/14/12
C 148 GF

↓Do not endorse or write below this line↓

111012822 02/14/2012
009532653580
111900057 02/13/2012
7980316228